**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1522**

───────────

PRESIDENTIAL CANDIDATE NUMBER P60005535, a/k/a Ronald Satish Emrit,

       Plaintiff - Appellant,

   and

PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897, d/b/a United Emrits of America,

       Plaintiff,

   v.

UNITED STATES PATENT & TRADEMARK OFFICE, (USPTO); UNITED STATES DEPARTMENT OF COMMERCE; NASA GODDARD SPACE FLIGHT CENTER, (GSFC); AMERICAN INSTITUTE OF PHYSICS, (AIP); KENNEDY SPACE CENTER; NATIONAL SCIENCE FOUNDATION, (NSF),

       Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:25-cv-01187-PX)

───────────

Submitted:  July 24, 2025                                        Decided:  July 29, 2025

───────────

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

—————————————

Presidential Candidate Number P60005535, Appellant Pro Se.

—————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit (who also identifies himself as Presidential Candidate Number P60005535) seeks to appeal the deficiency notice entered by the district court's clerk's office directing him to correct issues in the initial filing of his civil complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Emrit seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Emrit's motion to transfer and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*